CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 28 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| RICKY LEE HANKINS,<br>     Plaintiff, | ) | Civil Action No. 7:11-cv-00127 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MR. BOEHNS, <u>et al.</u>,<br>     Defendants. | ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for a temporary restraining order (no. 7) is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 28th day of April, 2011.

_/s/ Jackson L. Kiser_
Senior United States District Judge