CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 12 2011
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

**RICKY LEE HANKINS,**
      **Plaintiff,**

Civil Action No. 7:11-cv-00127

**v.**

**ORDER**

**MR. BOEHNS, et al.,**
      **Defendant(s).**

By:  **Hon. Jackson L. Kiser**
      **Senior United States District Judge**

In accordance with the Memorandum Opinion entered this day, it is hereby

### ORDERED

that the complaint is **DISMISSED without prejudice**; plaintiff's motion to amend is **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.  Plaintiff may refile his claims in a new and separate action at the time he can pay the $350 filing fee or file the necessary documents to proceed in forma pauperis.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This ___12th___ day of September, 2011.

Senior United States District Judge